IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lindsey, Takisha L

Printed: 12/10/08

Case Number: 07 B 00227
Judge: Hollis, Pamela S
Filed: 1/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: June 2, 2008
Confirmed: February 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,192.79 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 818.69 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 172.31 |
| Other Funds: |  | 1.79 |
| Totals: | 3,192.79 | 3,192.79 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,200.00 | 2,200.00 |
| 2. | Illinois Dept of Revenue | Priority | 3,186.51 | 818.69 |
| 3. | Fairlane Credit L.L.C. | Unsecured | 609.27 | 0.00 |
| 4. | AmeriCash Loans, LLC | Unsecured | 52.74 | 0.00 |
| 5. | Sprint Nextel | Unsecured | 28.61 | 0.00 |
| 6. | General Motors Acceptance Corp | Unsecured | 907.76 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 108.27 | 0.00 |
| 8. | AmeriCash Loans, LLC | Unsecured | 574.03 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 68.00 | 0.00 |
| 10. | Verizon Wireless | Unsecured | 171.54 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 107.73 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 33.39 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 38.25 | 0.00 |
| 14. | Internal Revenue Service | Priority |  | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
|  |  |  | $ 8,086.10 | $ 3,018.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 172.31 |
|  | $ 172.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Lindsey, Takisha L

Printed: 12/10/08

Case Number:  07 B 00227
Judge:  Hollis, Pamela S
Filed:  1/5/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

